# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 4:25-cr-16 |
| v. | ) District Judge Curtis L. Collier |
| ANGELA MICHELLE LAIRD | ) Magistrate Judge Christopher H. Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 105) recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea to Count One of the eight-count Indictment; (2) accept Defendant's guilty plea to Count One of the eight-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (*Id.* at 1.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 105) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea to Count One of the eight-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the eight-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **February 11, 2026, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**